**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WILLIAM C. MARTIN,**

      **Plaintiff,**

v.                                                                                          Case No. 8:04-CV-1228-T-17MSS

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

      **Defendant.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act 28 U.S.C. Section 2412 (d) (Dkt.15) and the Defendant's Response (Dkt. 18). Plaintiff requests an award of attorney fees in the amount of $1,914.00, calculated at the rate of $145 per hour for 13.2 hours of work in this case. Defendant has no objection to the requested payment.

The Court, upon a review of Plaintiff's motion, finds that the attorney's fees and costs requested are reasonable and justified.

Accordingly, Plaintiff's Motion for Attorney's Fees and Costs Pursuant to 28 U.S.C. Section 2412 (Dkt. 15) is **GRANTED**, and Plaintiff is awarded attorney fees in the amount of $1,914.00.

**DONE** and **ORDERED** in Tampa, Florida this 1st day of June 2005.

                                                                      MARY S. SCRIVEN
                                                                      United States Magistrate Judge

Copies furnished to:

Counsel of Record